# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>CRISTOBAL OLIVERA,<br><br>                Defendant. | CASE NO. 13-cr-00623-GPC<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

     21:952 and 960 - Importation of Cocaine (Felony)(1)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/26/13

                                       Bernard G. Skomal
                                       U.S. Magistrate Judge